HARVEY WALKER *et al.*, Plaintiffs-Appellants, *v.* JOHN C. MARCIN, City Clerk, of Chicago, *et al.*, Defendants-Appellees.

CURTIS A. SHANK *et al.*, Plaintiffs-Appellants, *v.* JOHN C. MARCIN, City Clerk, of Chicago, *et al.*, Defendants-Appellees.

(Nos. 59213-4 cons.; )

First District (3rd Division)—December 5, 1974.

PER CURIAM.

Morton Siegel, of Chicago (Allan Goldberg, of counsel), for appellants.

Richard L. Curry, Corporation Counsel, of Chicago (Daniel Pascale and Lucia T. Thomas, Assistant Corporation Counsel, of counsel), for appellee John C. Marcin.

Arthur S. Gomberg and Joel H. Greenburg, both of Chicago, for amicus curiae 8300 South May Block Club.